IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAN C. SHER and CAROL L. SHER | : | CIVIL ACTION |
| on behalf of themselves and their son, | : | |
| ANTHONY L. SHER | : | |
| | : | |
| vs. | : | |
| | : | |
| UPPERMORELAND TOWNSHIP | : | NO. 11-1515 |
| SCHOOL DISTRICT, et al | : | |

## **MEMORANDUM**

**ROBERT F. KELLY, Sr. J.**                                                                                     **MARCH 21, 2011**

In the above-captioned matter one of the Plaintiffs has sent a letter to the Clerk of Court, the general tone of which, objects to the removal of the above-captioned case to the Federal District Court. We will order the letter to be docketed by the Clerk of Court. The Plaintiffs have also filed a "Motion Not To Dismiss and Remand Back to Montgomery County, Pennsylvania".

After reviewing the Court records filed to date we find that this Court does have original jurisdiction of this action and that it has been properly removed from the Court of Common Pleas of Montgomery County.

We will therefore enter the following Order.