IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


VAN C. SHER and CAROL L. SHER :  CIVIL ACTION
on behalf of themselves and their son, :
ANTHONY L. SHER      :
            :
   vs.        :
            :
UPPERMORELAND TOWNSHIP  :   NO.  11-1515
SCHOOL DISTRICT, et al    :


## O R D E R

   **AND NOW,** this  21st  day of March, 2011, the Clerk of this Court is directed to

docket the letter of Van C. Sher, dated March 10, 2011, which is attached to this Memorandum

and Order.  It is further **ORDERED** that "Plaintiffs' Motion Not To Dismiss and Remand Back

to Montgomery County, Pennsylvania" (Doc. No. 3) is hereby **DENIED**.


         BY  THE  COURT:


         /s/ Robert F. Kelly
         ROBERT  F. KELLY
         SENIOR  JUDGE