**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| VAN C. SHER and CAROL L. SHER | : | |
| on behalf of themselves and their minor son, | : | CIVIL ACTION |
| ANTHONY SHER, | : | |
| | : | |
| Plaintiffs, | : | |
| vs. | : | NO. 11-1525 |
| | : | |
| UPPER MORELAND TOWNSHIP SCHOOL | : | |
| DISTRICT, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

## ORDER

**AND NOW** this 19th day of August, 2011, upon consideration of the Motion to Dismiss

submitted by Upper Moreland Township School District, Robert Milrod, and Howard Cohen

("Defendants") (Doc. No. 2) and the response thereto submitted by Plaintiffs Van C. Sher and

Carol L. Sher ("Plaintiffs"), it is hereby **ORDERED** that:

1. Plaintiffs, Van C. Sher and Carol L. Sher's claims are **DISMISSED WITH PREJUDICE**; and

2. Plaintiffs Van C. Sher and Carol L. Sher cannot represent the minor-Plaintiff, Anthony Sher's, distinct rights and cannot state a claim on his behalf; and

3. The minor-Plaintiff, Anthony Sher's claims are hereby **DISMISSED WITHOUT PREJUDICE**; and

4.        Plaintiffs' request to appoint counsel for Anthony Sher is hereby **DENIED**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE