IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VAN C. SHER and CAROL L. SHER on behalf of themselves and their minor son, A.L.S., : : : : | CIVIL ACTION |
| Plaintiffs, : | |
| v. : | No. 11-1525 |
| : | |
| UPPER MORELAND TOWNSHIP SCHOOL DISTRICT, et al., : : | |
| Defendants. : : | |

**ORDER**

**AND NOW**, this 28th day of December, 2012, it is hereby **ORDERED** that the only remaining claim in this action by pro se Plaintiffs, Van C. Sher and Carol Sher, regarding Section 504 of the Rehabilitation Act is **DISMISSED** because they do not have standing to pursue a discrimination claim in their own right against Defendant, Upper Moreland Township School District.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE